FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>ADDCO, LLC, a Delaware limited liability company, and ADDCO ACQUISITION, LLC, a Minnesota limited liability company,<br><br>    Defendants. | No. 2:24-CV-00119-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 35. The parties stipulate and request the Court dismiss this matter without prejudice and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulation of Dismissal, ECF No. 35, is **ACCEPTED and ENTERED into the record**.

//

//

**ORDER OF DISMISSAL** # 1

2. The above-captioned case is **DISMISSED <u>without</u> prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of November 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** # 2